UNITED STATES, Appellee

v

EDWARD WARD, Private First Class, U. S. Army, Appellant

19 USCMA 573, 42 CMR 175

Colonel Daniel T. Ghent, Captain Monte Engler, and Captain Norman L. Blumenfeld were on the pleadings for Appellant, Accused.

Colonel David T. Bryant, Captain William R. Steinmetz, and Captain James L. Rider were on the pleadings for Appellee, United States.

## Opinion of the Court

QUINN, Chief Judge:

The issue in this case concerns the propriety of the military judge's examination of the sentence portion of the accused's pretrial agreement with the convening authority. We sustained the procedure in United States v Villa, 19 USCMA 564, 42 CMR 166 (1970). Accordingly, the decision of the United States Army Court of Military Review is affirmed.

Judge DARDEN concurs.

FERGUSON, Judge (dissenting):

I dissent.

I disagree with my brothers' decision in this case for the reasons set forth in my separate opinion in United States v Villa, 19 USCMA 564, 42 CMR 166 (1970).